IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00438-RJC-DSC

| | |
|---|---|
| USA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| BRYON JONES, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court upon the Government's Motions to Dismiss, (Doc. Nos. 16, 17)), the Indictment, (Doc. No. 1), and Superseding Indictment, (Doc. No. 14), without prejudice.

**IT IS ORDERED** that the Government's motions, (Doc. Nos. 16, 17), are **GRANTED** and the Indictment, (Doc. No. 1), and Superseding Indictment, (Doc. No. 14), are **DISMISSED** without prejudice.

Signed: June 1, 2021

Robert J. Conrad, Jr.
United States District Judge